**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

**GEOFFREY A. DAVIS,**

        **Plaintiff,**

    **vs.**                              **Civil Action 2:09-CV-123**
                                                  **Judge Marbley**

**MUNICIPAL ENTITY OF MARIETTA, ET AL.,**
        **DefendantS.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the November 3, 2009 Order, the Report and Recommendation is ADOPTED, Plaintiff's objections are OVERRULED. This case is DISMISSED pursuant to 28 U.S.C. §§1915(e)(2) and 1915A.

Date: **November 3, 2009**                      **James Bonini, Clerk**

                                                                                            s/Betty L. Clark
                                                                   Betty L. Clark/Deputy Clerk